# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140526-7

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

ISIAH MEAD,
　　　Defendant-Appellant.

SC: 140526-7
COA: 285956; 285957
Wayne CC: 07-021541-FC;
　　　　　07-021542-FC

_____/

On order of the Court, the application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not participate in this case as she was the presiding trial court judge. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

p0517